# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ANTHONY CAIN, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO. CR 12-05002 RJB <br><br> ORDER GRANTING <br> LEAVE TO WITHDRAW <br> AS COUNSEL OF RECORD |

  THIS MATTER having come on regularly for hearing on the motion of WILLIAM R. MICHELMAN, Attorney at Law, for leave to withdraw as counsel of record for the Defendant, ANTHONY CAIN; the Court having reviewed the records and files herein, including the Motion and Declaration for leave to withdraw; and the Court being otherwise fully advised in the premises and finding that there is good cause to grant the motion for leave to withdraw; now, therefore,

  WILLIAM R. MICHELMAN, Attorney at Law, shall be and he is hereby granted leave to withdraw as counsel of record for the Defendant, ANTHONY CAIN; and the Administrative Office of the Federal Defender shall appoint new counsel to represent the said

Defendant in this case.

        IT IS SO ORDERED this 1st day of June, 2012.

*[signature: Robert J. Bryan]*
_____
ROBERT J. BRYAN
United States District Judge

Presented by:

WILLIAM R. MICHELMAN, INC., P.S.

s/*William R. Michelman*
_____
William R. Michelman, WSBA #6803
Attorney at Law